The Honorable _______________

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **MAIN STREET AMERICA INSURANCE COMPANY**, as subrogee of John and Linda Miller<br><br>Plaintiff,<br><br>v.<br><br>**UPONOR, INC.** and **UPONOR NORTH AMERICA, INC.**,<br><br>Defendant. | CASE NO. _______________<br><br>**DEFENDANT UPONOR, INC.'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C §§ 1331, 1367(a), 1441, AND 1446**<br><br>**[FEDERAL QUESTION]** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON:**

**PLEASE TAKE NOTICE** Pursuant to 28 U.S.C. § 1441, Defendant Uponor, Inc. ("Uponor") hereby removes the above styled action, without waiver of any objections to personal jurisdiction, its right to compel arbitration, or assert any other defenses to the Complaint, to this United States District Court for the Western District of Washington. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support, Defendants state as follows:

## INTRODUCTION



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

1. On April 23, 2026 Plaintiff Main Street America Insurance Company, as subrogee of John and Linda Miller ("Plaintiff") filed Plaintiff's Complaint ("Complaint") in the Superior Court of Clark County, Washington ("State Court"), thereby commencing the instant action styled *Main Street America Insurance Company, as subrogee of John and Linda Miller v. Uponor, Inc and Uponor North America, Inc.*, Case No. 26-2-01436-06 ("State Court Action").

2. A true and correct copy of the Complaint and other documents from the State Court Action is attached hereto as **Exhibit A** as part of the state court file.

3. Upon information and belief, the foregoing constitutes all process, pleadings and orders allegedly served upon the parties in the State Court Action. There are no motions pending before the State Court in the State Court Action. An initial status conference is scheduled for June 12, 2026.

4. In the Complaint, Plaintiffs allege they have suffered damage from three water leaks due to defects un Uponor PEX pipe installed at the Plaintiff's property (2207 NW 42nd Ave, Camas, Washington, 98607) alleged to have occurred on May 8, 2023, February 3, 2024, and March 25, 2025. Plaintiff alleges causes of action for Product Liability.

**<u>NOTICE OF REMOVAL IS TIMELY</u>**

5. Plaintiff filed the Complaint on April 23, 2026.

6. Plaintiff served Uponor's registered agent the Complaint on April 23, 2026.

7. This Notice of Removal is timely because it was filed within thirty (30) days of the date on which Uponor was made aware of the Complaint and within one year of the commencement of the State Court Action.

**<u>REMOVAL TO THIS JUDICIAL DISTRICT IS PROPER</u>**

8. Under 28 U.S.C. §§ 1441(a) and 1446 (a), venue is proper in the United Staes District Court for the Western District of Washington, which includes Clark County, where the State Court Action is pending.

**<u>SUBJECT MATTER JURISDICTION</u>**



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

9. A defendant may remove "any civil action brought in a State court of which the district courts of the United States have original jurisdiction … to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

10. This Court has original jurisdiction over the State Court Action under 28 U.S.C. § 1332, and this case may be removed pursuant to 28 U.S.C. § 1441(a), because there exists complete diversity of citizenship between the parties and the amount in controversy exceeds the jurisdictional threshold of $75,000.00.

**A. There is Complete Diversity Between the Parties**

11. The citizenship of a corporation is determined by the state of incorporation or the state of its principal place of business. 28 U.S.C. § 1332(c)(1); *Eritrean Ass'n of Greater Seattle v. Gebrekidan*, No. 3:24-cv-05517-DGE, 2024 LX 56458, at *2 (W.D. Wash. Aug. 14, 2024). Uponor Inc. is a corporation formed under the laws of Illinois, with its principal place of business in Minnesota. Ex. B.

12. Uponor North America Inc., is a corporation formed under the laws of Delaware, with its principal place of business in Minnesota. Uponor North America, Inc. is therefore a citizen of Delaware and Minnesota. Ex. C.

14. Plaintiff Main Street America Insurance Company is incorporated under the laws of South Carolina, with its principal place of business in Florida. Plaintiff is therefore a citizen of Florida and South Carolina. Ex. D.

15. There exists, therefore, complete diversity between Plaintiffs and Defendants.

**B. The Amount in Controversy Exceeds $75,000.00**

16. Defendants deny that Plaintiff is entitled to any monetary recovery based on the allegations of the Complaint. However, for removal purposes, Defendants are entitled to rely upon an examination of the relief requested in the Complaint in order to establish a sufficient amount in controversy for removal.



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

17. When a defendant removes a case based on diversity jurisdiction, "the sum demanded in good faith in the initial pleading shall be deemed the amount in controversy." 28 U.S.C. § 1446(c)(2). "[A] defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S.Ct. 547, 554, 190 L. Ed. 2d 495 (2014).

18. Plaintiff alleges that product manufactured by Defendants failed, which resulted in water leaks causing properly damaged to insured's property. Plaintiff seeks recovery of $115,628.65. *See*, Complaint at ¶20.

**PROPERLY NOTICE PARTIES**

19. Pursuant to 28 U.S.C. § 1446(d), the undersigned certifies that promptly after this Removal Notice is filed, written notice thereof will be served on Plaintiff and the Superior Court of Clark County, Washington.

20. Defendants have not filed a responsive pleading or motion in the State Court Action but will do so in this Court in accordance with Federal Rule of Civil Procedure 81.

21. By filing this Notice of Removal, Defendants do not waive any objections to personal jurisdiction, service of process, and/or any other available defenses.

**RESERVATION OF RIGHTS**

22. Nothing in this Notice of Removal shall be interpreted as a waiver, estoppel, preclusion, or relinquishment of Defendant's ability or right to compel arbitration, assert any claim, counterclaim, cross-claim, third party claim, defense or affirmative matter, including, but not limited to: (1) lack of jurisdiction; (2) improper venue; (3) insufficiency of process; (4) insufficiency and/or failure of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) failure to join an indispensable party(ies); (8) standing; (9) waiver; (10) failure to exhaust administrative remedies; or (11) any other pertinent claim or defense available under Federal Rule of Civil Procedure 12, any state or federal statute, or otherwise.

23. Defendants reserve the right to amend or supplement this Notice of Removal should it become necessary.



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

**WHEREFORE**, Defendant, Uponor Inc. respectfully removes the State Court Action, now pending in Superior Court of Clark County, Washington.

DATED this 13th day of May, 2026.

MERRICK, HOFSTEDT & LINDSEY, P.S.

*/s/Thomas J. Collins*

Thomas J. Collins, WSBA #2157
tjcollins@mhlseattle.com
Merrick, Hofstedt & Lindsey, P.S.
3101 Western Avenue, Suite 200
Seattle, WA 98121
*Attorneys for Defendant Uponor Inc.*

CERTIFICATE OF SERVICE

I declare that I am a citizen of the United States of America, a resident of the State of Washington, am over the age of twenty-one years, am not a party to this action, and am competent to be a witness herein. I declare that I caused to be served as indicated below:

| | |
|---|---|
| ***ATTORNEYS FOR PLAINTIFF***<br><br>George M. Shumsky, WSBA #33915<br>Brent Hardy, WSBA #45405<br>Shumsky Law Group PLLC<br>219 NW 20th Ave, Ste 201<br>Battle Ground, WA 98604<br>Phone: 360-891-0442<br>Fax: 360-891-0110<br>Email: gshumsky@shumskylaw.com<br>Email: bhardy@shumskylaw.com | [ ] ECF/E-service<br>[x] Email<br>[x] US Mail<br>[ ] Messenger |

DATED May 13, 2026, at Seattle, Washington.

*/s/ Ana Avila*
Ana Avila, Legal Assistant



MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610